IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, :<br>　　　　Plaintiff, :<br>　v. :<br> :<br>The Hospital of University of Pennsylvania, :<br>The Trustees of the University of Pennsylvania, :<br>The University of Pennsylvania, :<br>The University of Pennsylvania Health System :<br>Dr. Octavia Pickett-Blakely, :<br>John Does 1-10, and, :<br>Police Officers Richard Roes 1-10, :<br> :<br>　　　　Defendants. : | CIVIL ACTION NO. |

**PLAINTIFF'S MOTION TO PROCEED IN ANONYMITY**

Plaintiff John Doe comes before this Court seeking to proceed in anonymity in this matter. As noted in Plaintiff's Complaint, Plaintiff is transgender (or "trans" or "transsexual") and this case is about details regarding her gender. As the Third Circuit specifically noted in the recent case of *Doe v. Megless*, 654 F.3d 404 (3rd Cir. 2011) transsexuality is a condition warranting anonymity in federal proceedings.

A proposed form of Order granting the requested relief is enclosed.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date: July 2, 2019　　　　　　　　　/s/ Julie Chovanes
　　　　　　　　　　　　　　　　　　Julie Chovanes, Esq.
　　　　　　　　　　　　　　　　　　Chovanes Law LLC
　　　　　　　　　　　　　　　　　　P.O. Box 4307
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19118
　　　　　　　　　　　　　　　　　　267-235-4570
　　　　　　　　　　　　　　　　　　jchovanes@chovanes.com

　　　　　　　　　　　　　　　　　　Counsel for Plaintiff Jane Doe