IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>   Plaintiff,<br> v.<br><br>The Hospital of University of Pennsylvania,<br>The Trustees of the University of Pennsylvania,<br>The University of Pennsylvania,<br>The University of Pennsylvania Health System<br>Dr. Octavia Pickett-Blakely,<br>John Does 1-10, and,<br>Police Officers Richard Roes 1-10,<br><br>   Defendants. | CIVIL ACTION NO. |

**ORDER**

AND NOW, this \_\_\_\_ day of _____, and for good cause shown therein,

Plaintiff's Jane Doe's Motion for Anonymity is GRANTED.

               IT IS SO ORDERED.

Date:            _____
                 U.S.D.J.