IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE**,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**THE HOSPITAL OF UNIVERSITY OF PENNSYLVANIA et al.**,<br><br>    Defendants. | **CIVIL ACTION**<br><br>NO. 2:19-cv-02881-KSM |

## ORDER

**AND NOW**, this 29th day of June, 2021, upon consideration of Plaintiff Jane Doe's Motion to Amend/Correct the Amended Complaint (Doc. No. 36), Defendants' response (Doc. No. 38), and Doe's reply brief (Doc. No. 39), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Doe's motion (Doc. No. 36) is **DENIED.**

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.